UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNIVERSITY OF WISCONSIN
HOSPITAL AND CLINICS AUTHORITY,

      Plaintiff,

vs.                                                  Case No: 14-cv-655

PRENT/GOEX CORPORATION EPO
MEDICAL BENEFIT PLAN

      Defendant.

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff, University of Wisconsin Hospital and Clinics Authority, by its attorneys, voluntarily dismisses all claims without prejudice against Defendant Prent/Goex Corporation EPO Medical Benefit Plan pursuant to Fed. R. Civ. P. 41(a)(1)(A). The defendant has not filed an answer or motion for summary judgment.

Dated: December 12, 2014.                Respectfully submitted,

                                                    NEUBERGER, WAKEMAN,
                                                    LORENZ, GRIGGS & SWEET
                                                    Attorneys for the Plaintiffs

                                        By:    /s/ Nicole N. Schrier
                                                    Nicole N. Schrier, SB # 1081908
                                                    136 Hospital Drive
                                                    Watertown, WI 53098
                                                    Telephone: (920) 261-1630
                                                    Fax: (920) 261-0339
                                                    Email: nschrier@nlgslaw.com